## Noerr Estate.

Argued May 27, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Howell C. Mette,* with him *C. Edward S. Mitchell,* and *Shearer, Mette & Hoerner,* for appellants.

*James H. Booser,* with him *Francis B. Haas, Jr., Bruce S. Nielson, Harry L. Siegel, McNees, Wallace & Nurick,* and *Siegel and Siegel,* for appellees.

OPINION PER CURIAM, October 12, 1971:
Decree affirmed. Appellants to pay costs.